UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**ERIC FRY,** *Individually and as Independent Administrator of the Estate of Kenneth E. Fry, Deceased,*

    **Plaintiff,**

v.

**UNITED STATES,**

    **Defendant.**        No. 11-cv-869-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 9, 2013, this case is **DISMISSED** with prejudice.

        NANCY J. ROSENSTENGEL,
        **CLERK OF COURT**

        BY: /s/*Sara Jennings*
        **Deputy Clerk**

Dated: March 19, 2013

Digitally signed by David R. Herndon
Date: 2013.03.19 09:55:34 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT